FILED '24 07 22 PM01:09 MDGA-ALB

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

Defendant: Dr. Mbright, Reddy, Shinderlar
Verrzert, Holby, Harpold, Jackson, Braed,
Warden: Moralez, Ford, Thorton, Maaby,
Rosier, Reynold, Marrhell, Shephord,
Toole, Roland, Nober, Greene Smith, etc

Denver Fenton Allen, esq.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

World all 7 continents - maja Govrnt.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. _____
(to be filled in by the Clerk's Office)

) Defendants:
) African
) European
) Asian
) N. American
) S. American
) Antartica
) Australia
) (all maja gov.)
) MHC Brown
) Joe Williams
) DOC)EADeph.CookTAG
) DWs: Turner
) DW&T Trimun

VSP: MD Moody
CSII: bane, Disa, Rigsby, Wall or kelly Walker
Asmp: Nicols, Young, Simms, Walker,
BCSO: Jasper, Gaskin
FCSO: Gaskin, Compton
NWRA: Perri
CSII: Decruz, Currerce, Bailey, Wright.
GDCP: SMU: Burnside, Sharma
+ Fagem, Reaves, Anderson
Johnson, Banks, etc.
DW: Wiley

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

JOHN A. YOUNG JR.
NOTARY PUBLIC
COMMISSION EXPIRES
JULY 15, 2024
MONROE COUNTY, GEORGIA

Notary Public

D. Allen

Page 1 of 11



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Denver Fenton Allen, esq. |
| All other names by which you have been known: | 'Michael Corleone' monsta·mostro. |
| ID Number | #1145056 |
| Current Institution | GDCP ismu |
| Address | P.O. Box 2877 |
| | Jackson          GA          30233 |
| | *City*          *State*          *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | All 7 continents + majo government. |
| Job or Title (*if known*) | World |
| Shield Number | N/A |
| Employer | World Itself. |
| Address | N/A |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Africa whole continent maj. govt |
| Job or Title (*if known*) | Continent of Africa |
| Shield Number | N/A |
| Employer | Continent Itself. |
| Address | N/A |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity    ☑ Official capacity

*John A Young*
Notary Public

*[Notary seal: JOHN A. YOUNG, JR. — COMMISSION EXPIRES JULY 15, 2024 — NOTARY PUBLIC — MONROE COUNTY, GEORGIA]*

*D Allen*

Page 2 of 11

Pren loss-DAt 1/11/24

Got to doc unt by 25pm

Wte-m pg #22 her(um un

m log get tob mmin.

also ppr out wunter. 2 doe

got extmsivn loen.

NOt; gotta get lawl

Snpp chip by Then.

nbo lnbrt chn etn

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name — Asia - all maj. govt. on whole continent.

Job or Title *(if known)* — Continent itself.

Shield Number — N/A

Employer — Maj. Government

Address — N/A

| City | State | Zip Code |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

**Defendant No. 4**

Name — Europe - whole continent.

Job or Title *(if known)* — all maj. Government.

Shield Number — N/A

Employer — Cont't itself

Address — N/A

| City | State | Zip Code |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False Imprisonment, perjury, Fed. perjury, False charges/kidnapping, 616-10-20. reversed evidence after video after tape rec. statments, false court reporter transcripts, manipulated evidence, Police brutality, More than Deminimus Punishin or Injury.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? To Fed. Justice Dept. DOJ could help get media + FBI to look at case + Enforce Art. against False Imprisonment, Fed. perjury, Slander on Youtube.com + Social Media 2. Medical malpractice gross neg. False med. records etc.

prea loss on ...

Cops ant gen no ...

as ... 98 seven ...

18-18 ... con ... e2-18-17

school who cops ...

food in  to  give

heat ... 

Protran, ... #20 ...

... hey ... switch

Obtain ... that school?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

$500,000,000,000,000,000,000,000,000,000 ⅋.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On Both acct. Feel, state, local perjured testimony to state sup court on 4/11/09 to False cloce cffidavitts to Feel court, US courts, on 9/14/14 Also Felony Violetion octn to Office Police brutivity, HIPAA, PIAT Violetion Cleaing with er Unauthorized release of mech recent, mA chert.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☑    Other *(explain)*    Held on False charges cA tomeOF 2 murders.

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. (4/12/05 - 3/23/24 ongoing) Bescost, GDCP, DSP Asmp, FLso, Smu, VSO, HSP. Hnes other cletes 10/28/05, 11/7/05, 4/11/06, 4/15/06, 1/15/06, 8/1/06, 12/1/04, 1/1/05, 1/15/06, 2/14/10, 7/12/04, 5/1/10, 11/1/10, 9/11/06, 9/4/10, 10/1/15, 2/10/17, 8/10/17, 8/13/17, 4/23/17, 4/27/16, 7/25/17, 10/31/15, 12/1/13, 7/14/18, 4/26/18, 6/7/18, 3/23/04, 10/15/23.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. There are Facitlites i cletes above. Ther may b e more cletes but ck cletes you'll see cmost ar cletes i chonercletse arrest cletes. Police brutimar cletes i courts, Fake Emprisment clete, False charges Itsprimimatins egn4/12/05 r 11/1/05, 2/11/05, 2/11/19.

Notary Public    NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA    D. Ames    Page 4 of 11



*[Notary seal: JOHN YOUNG, JR. / COMMISSION EXPIRES / NOTARY / PUBLIC / JULY 15, 2024 / MONROE COUNTY, GEORGIA]*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur? 3/31/05, 4/1/05, 10/11/05, 4/17/06, 11/27/07, 11/1/06, 2/27/06, 6/11/07, 11/7/07, 11/27/07 & 4/11/07, 6/11/07, 6/17/07, 6/29/07, 11/23/07, 7/11/09, 11/18/14, 6/14/14, 3/12/15, 3/16/15, 10/20/15, 4/11/16, 7/25/17, 12/18/13, 4/23/18, 8/15/15, 12/11/17, 12/13/17, I do not get ns those cre dates up to 7/23/24, ongoing

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* A pattern of police/bar intervention at some of those dates at all facility to go since Minus Mitchell, Wothy, Poton, Butts Cook, Randolph, Butts Robinson, Shinholster, Crane, Perla, Renfroe Williams Monroe, Ware pauto, Thomas Mallary, Holloway, Dow, Upstate, Supp Max etc, Cultures Mulscop, Wootves, Burkhalter, Concolor, Wilson, Pledges Yarborough

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I got these problems can't: Stuttering problem since 4/1/05, cte of brain since 6/27/03 & 31 spine trauma from police bar intervention at some dates 11/27/05, 10/12/15, 12/13/15, 4/11/16, 4/23/17, 2016-2015, & 10/15/23 at Gacpsmu latest. Spine drag ongoing. Got permanent nerve whathamve senseon to piner since 4/1/05. Got nuss bowel obstruct to man since 11/20/13. Mouse gamma chu problem causes heal forth cons stror cctor since 6/11/10.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Class A retroact cve? Elect emin continline chosen hyebotwapy + A.S.A.P. Depot & army corrder transfer to cyttrict mroprecllcton the flat emin & caso va untra than Prepone $500,000,000,000,000,000,000,000,000 full performcours four custody tu cheosan in & entructs mirrolel truss. Comon capmaw worrictruth en F.B.I en all investmen. etc

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). BCSO, FCSO, USH, ASMP, USP, HTP, BSP, _CBW_ _____ etc _____ on _____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes   I do Pile alot of Grievances, I got ow 700 awish
        cost copies on Pile in my possession got 3,500 or
☐ No    So at FCCO , what at BCSO , Amp got most anyone

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   CSH. FCCO , BCSO , DSP NSP MSP.
GNCP; sime ongoing.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes   I try best 7 ur some GNCNB been referred to
☐ No    emmulst up to 150-200 in newkotissum
☐ Do not know   ly cohn wney Howrue it Twn bot
        brbed to drop unw rippered too trashed

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes   I have Ftu med problwesengose
☐ No    New hadsmetprotion new clauses
☐ Do not know   ct cll Fuenive got cnntea

If yes, which claim(s)?   Dw a record crwth procesnut
Berelent Sip , Asp. any trustent
nevoid of tru hug got uneor an BSP.

[Notary seal: JOHN A. YOUNG JR. COMMISSION EXPIRES NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA]

John Young
Notary Public

ctw cllyt
D Arm

area long. DA. 7/11/24.

Got 3PM mult got to don
5 more ps. #205 #214 #103

#215 #215 dogs, hen 19.
I dog racial & sexual
hatred. Prison. (murder)
as I dog. now. #204 best
on day liven. DN Betty pig
peopu to In I about to
write up Smith, Huny Taren

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? At Bartow Co. S.O. + FCSO Filed

☑ Yes  1,000's of grievances. Adm either deny or denot

☐ No  respond period on 31500 at Floyd Co. S.O. FCSA got seen on FTR hrs + over 300 at FCSA got met too.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? At ASMP + VSP And lot of gov rechventral

☑ Yes  the provider seen on the same problems there

☐ No  CSSA always denied resolution and has with sene one forwarded to Parke pretence doc + Felon's false statement.

E.  If you did file a grievance:

1.  Where did you file the grievance? BCSO + FCSO. CSSA NSP, ASMP, Smithora I Filed at all these Facilities up to constitution the + Improper or procedure bribery threat that should resolved or only those onepped board on gov

2.  What did you claim in your grievance? Med mal practice grievances Personal records False Imprisonment transport Felon violation oath to office etc also board Obstruct prisoner Amendmt threat change Powes entirety

3.  What was the result, if any? Denied or dismissed by curranork off by ATL Ambedion off of constitutent Parke case statement by said forwarded FTR cprotects at these Facility in state Doc to dismiss

What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I got to exhaust clot at ASMP VSP that Now opened I at CSSA, FCSO + BCSO. + Shuc or GDCP. 6/12/18 - 4 3/24/24 had refers cases

John A. Young
Notary Public

J. Cell
D. Aven

Page 7 of 11

[Notary seal: JOHN A. YOUNG JR. NOTARY PUBLIC MONROE COUNTY, GEORGIA COMMISSION EXPIRES JULY 15, 2024]

prea togs. At. 11/29.

As I due 15 #101

dog #204 chia, you in

I da (una doc) #204 sin

you in violatim [Kuhlm,

I don 15 at Phones

Did not hive but Tocur.

report molon Stat

prison hot Night.

T ods minutes Dll not

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   **If you did not file a grievance:**

1.   If there are any reasons why you did not file a grievance, state them here: _Here at GDCP I was not allowed to File + appeal or exhaust by own Wshy Dwect Trmms , Joe williams .Mober Rowrel Grerer Neill . Monna. Ferch Thorton , MAC Brown Hargrove et_

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: _Capt Smith Sgt Deerest Uthersty Lts pmei othr custotrs and also Phone othr person Sue FBI Fech Marshall I tried in the Bisoinvrd with Policies AE06-162 AE04-1966 AE04-967 AE-em_

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _I now Frilign relr her in an Frie th bins can F th rlent to tore emergency t Che Myfetrus to sign rclown Bovensaction_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes   _The courts basically deny everything I Foul on zclom Thny Revote : Jo Ann store it Phu m they tw dlt crue Frour OF Apriil rclestrucrian up 3 clown courts_

[ ] If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. _prove gilt proceduredow thnt t stow chor thor labor etern Three Precertrics her AE AE W 196 Thon WET got channel In summery Judicint cluts to Fuse decorton_

_John Alfyoung_
Notary Public

_Steve Allen_
D. Ann

JOHN A. YOUNG, JR.
COMMISSION EXPIRES
NOTARY PUBLIC
JULY 15, 2024
MONROE COUNTY, GEORGIA

·prea 1895 DA 174

Doc. 19 at 3 pm meds dinner

Smith [illegible] Took pm meds

I [illegible] more bens. I

don't [illegible] Wamro you may

[illegible]

[illegible] #204 [illegible]

[illegible] 19 pm. Smith

[illegible] to dog out

#215 #218 # 187 user
about phone.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  Denver Arbin

Defendant(s)  BCSO, Sheriff Mike Walters Meam Metams?

2.    Court *(if federal court, name the district; if state court, name the county and State)*

US District Court N. District Ramsburg 2014.

3.    Docket or index number

4:11-cv-189-HH-WEJ    only case I got

4.    Name of Judge assigned to your case

Murphy & Johnson

5.    Approximate date of filing lawsuit

7/10/11

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.  after 6/14/14

What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  Summary Judgment in Defendants behalf neither after deposition transcript was misspelled by Paige Flemming vD Bonshmen Entryty

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  I've got 10-15 82's that on record my Peoria dr not steal & expunge records uses it is illegal

Notary Public   John A Young Jr.   Commission Expires July 15, 2024   Monroe County, Georgia

John A Young   Notary Public

D. Arbin

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit
        Plaintiff(s)    _CAN't provide more cases_
        Defendant(s)    _Peruse whole out run of court_

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _ADMP CSM BCSO FCSO GSCP whole doc_

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition

    7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _NA_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _March 24th, 2024._

| | |
|---|---|
| Signature of Plaintiff | _Denver Allen_ |
| Printed Name of Plaintiff | _Denver Amanesia_ |
| Prison Identification # | _#1145056_ |
| Prison Address | _P.O. Box 3877_ |
| | _Jackson_   _GA_   _30233_ |
| | City   State   Zip Code |

### B.    For Attorneys

Date of signing:  _N/A_

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City   State   Zip Code |
| Telephone Number | |
| E-mail Address | |

_John A. Young_
Notary Public

_Denver Allen_
D. Ann                     Page 11 of 11

previous PSA 11/19/23

Cops wrt to show about 300
Am, as I doc 15, say
promischos. Cops will t
think Burton play a mind
g one promischos you a say
are you serious? I do not in
what people think I on
Gay about do not have sex
with men. I doe had sex
one time got raped.